UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DG21, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>CHL DG GLOBAL SERVICES, PTE, LTD, et al.,<br><br>            Defendants. | CASE NO. C10-0631JLR<br><br>ORDER GRANTING MOTION TO SEAL |

Before the court is Plaintiff DG21, LLC's ("DG21") motion to seal (Dkt. # 179) its responsive memorandum (Dkt. # 180) to Defendants CNJ Global Services, LLC, Cavin Koh and Jessica Koh's ("the CNJ Defendants") motion to stay discovery, as well as to seal the second declaration of Marisa M. Bavand (Dkt. # 180-1). No party has filed an opposition to the motion. Upon reviewing the documents in question, the court GRANTS in part and DENIES in part DG21's motion (Dkt. # 179).

ORDER- 1

1       Pursuant to Western District of Washington Local Rule CR5(g)(2), the court may, for "good cause under Rule 26(c)" seal a document attached to a nondispositive motion. Local Rules W.D. Wash. CR 5(g)(2). DG21 has requested permission to file the foregoing documents under seal because they contain private financial records of the CNJ Defendants. This constitutes "good cause" to seal the documents. *See, e.g., Wacom, Ltd. v. Hanvon Corp.,* No. C06-5710RJB, 2008 WL 623631, at *2-*3 (W.D. Wash. Mar. 4, 2008) (finding confidential financial documents a compelling reason to seal).

      The court's review of DG21's memorandum (Dkt. # 180) in opposition to the motion to stay, however, reveals that only a small portion of this document relates to the private financial information referenced above. Local Rule CR 5(g)(3) states in part that "[t]he court will allow parties to file entire memorandum under seal only in rare circumstances," and "[i]f possible, a party should protect sensitive information by redacting documents rather than seeking to file them under seal." Local Rules W.D. Wash. CR 5(g)(3). Accordingly, the court orders DG21 to file within seven days of the date of this order a redacted version of this memorandum, which redacts the private financial information at issue. The court also finds that redaction of the second declaration of Marisa M. Bavand (Dkt. # 180-1) would not be practical. Accordingly, the court does not require DG21 to file a redacted version of this document.

      Based on the foregoing, the court GRANTS in part and DENIES in part

1  DG21s' motion to file certain documents under seal (Dkt. # 179).  The court further

2  DIRECTS the clerk to maintain the seal with regard to docket number 180.

3  Dated this 10th day of June, 2011.

A

JAMES L. ROBART
United States District Judge